No. 9776. STATE OF MONTANA, ex rel. LEE SMART and K. M. BRIDENSTINE, next friend, RELATORS AND PLAINTIFFS, v. DISTRICT COURT OF THE NINTH JUDICIAL DISTRICT of the STATE OF MONTANA, In and for the COUNTY OF TETON, and THE HONORABLE R. M. HATTERSLEY, the Judge thereof, and THE HONORABLE C. B. ELWELL, the Judge presiding, RESPONDENTS AND DEFENDANTS.

305 Pac. (2d) 359.

Decided Jan. 11, 1957.

*Thomas F. Lynch,* Spokane, Wash., *Charles V. Huppe,* Helena, for relators.

Per Curiam.

The relator has filed herein his motion and petition for an alternative writ of prohibition or other appropriate remedial writ to be directed to the respondent district court and judge. The writ is denied and the proceedings are dismissed forthwith. It is so ordered.